# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **US BORTEK, LLC,**  *Plaintiff*,  v.  **VERMEER MID ATLANTIC, LLC,**  *Defendant*. | **CIVIL ACTION**  **NO. 2:18-cv-00595-JDW** |

## ORDER

**AND NOW**, this July 31, 2019, upon notice that the Parties have settled this matter, it is **ORDERED** that if this case is not dismissed by **August 21**, **2019**, the Parties shall submit a joint letter to the Court via e-mail to Chambers_of_Judge_Wolson@paed.uscourts.gov advising the Court as to the status of settlement.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.