# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **US BORTEK, LLC,**  *Plaintiff*,  v.  **VERMEER MID ATLANTIC, LLC,**  *Defendant*. | **CIVIL ACTION**  NO. 2:18-cv-00595-JDW |

## ORDER

**AND NOW**, this 23rd day of August, 2019, upon consideration of the Parties' request for an extension of time to file a Stipulation of Dismissal, it is **ORDERED** that the request is **GRANTED**. If the case is not dismissed by **September 20, 2019**, the Parties shall submit a joint letter to the Court via e-mail to Chambers_of_Judge_Wolson@paed.uscourts.gov advising the Court as to the status of settlement. The Court will not grant further extensions of time absent a showing of good cause.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.