UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| US BORTEK, LLC, | : |
| *Plaintiff/Counter-Defendant*, | : |
| vs. | : CIVIL ACTION |
| | : NO. 2:18-cv-00595-GAM |
| VERMEER MID ATLANTIC, LLC, | : |
| *Defendant/Counter-Plaintiff.* | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(A)(II)

It is hereby Stipulated and Agreed that Plaintiff/Counter-Defendant US Bortek, LLC, and Defendant/Counter-Plaintiff Vermeer Mid Atlantic, LLC, by and through their respective counsel, agree and Stipulate that the above-captioned action is voluntarily dismissed, with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

_____ | _____
David L. Woloshin, Esquire | Peter J. Mooney, Esquire
Dina S. Ronsayro, Esquire | Vincent N. Barbera, Esquire
Jordan Schlossberg, Esquire | Justin K. Fortescue, Esquire
**ASTOR WEISS KAPLAN & MANDEL, LLP** | **WHITE AND WILLIAMS, LLP**
200 South Broad Street, Suite 600 | 1650 Market Street
Philadelphia, PA 19102 | One Liberty Place, Suite 1800
Tel: (215) 790-0100 | Philadelphia, PA 19103-7395
Fax: (215) 790-0509 | Phone: 215-864-7137
*Attorneys for Plaintiff/Counter-Defendant, US Bortek, LLC* | *Attorneys for Defendant/Counter-Plaintiff, Vermeer Mid Atlantic, LLC*

Dated: September 19, 2019                                Dated: September 19, 2019

**SO ORDERED:**

**BY THE COURT:**

_____
**HONORABLE JOSHUA D. WOLSON**

Dated: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| US BORTEK, LLC,<br>    *Plaintiff/Counter-Defendant*,<br>vs.<br>VERMEER MID ATLANTIC, LLC,<br>    *Defendant/Counter-Plaintiff.* | CIVIL ACTION<br>NO. 2:18-cv-00595-GAM |

### CERTIFICATE OF SERVICE

I, Jordan Schlossberg, Esquire, hereby certify that on September 19, 2019, the forgoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.Civ.P. 41(a)(1)(A)(ii) was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice of the filing upon all counsel of record, including:

Peter J. Mooney, Esquire
Justin K. Fortescue, Esquire
Vincent N. Barbera, Esquire
White and Williams, LLP
1650 Market Street
One Liberty Place, St. 1800
Philadelphia, PA 19103
Attorneys for Defendant/Counter-Plaintiff
Vermeer Mid Atlantic, LLC

Respectfully submitted,

ASTOR WEISS KAPLAN & MANDEL, LLP

By: _____
DAVID L. WOLOSHIN, ESQUIRE
DINA S. RONSAYRO, ESQUIRE
JORDAN SCHLOSSBERG, ESQUIRE
Attorneys for Plaintiff/Counter-Defendant,
US Bortek, LLC